DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARGENT WORLD SERVICES, LLC,**
Appellant,

v.

**UNIVERSAL ADVISORS, INC.** and **TECH INTEGRATIONS CORP.,**
Appellees.

No. 4D2023-1195

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE23000437.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for appellant.

Yanina Zilberman of GS2 Law PLLC, Aventura, for appellee Universal Advisors, Inc.

No appearance on behalf of appellee Tech Integrations Corp.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***